**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | | |
|---|---|---|---|
| GARNER DWIGHT PADGETT, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 2:21-CV-59-DCLC-CRW |
| | ) | | |
| TDOC and TDOC COMMISSIONER | ) | | |
| TONY PARKER, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion and order filed herewith, it is

**ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42

U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted and

as against Defendants who are immune.  28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the memorandum opinion and order that any appeal

from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is

**DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

**s**/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT
*/s/ John L. Medearis*
CLERK OF COURT